IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JASMINE STACY GUARDADO-RODRIGUEZ                           PLAINTIFF

V.                              NO. 15-5008

HAROLD ALEX DOMINGUEZ, et al.                              DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Currently before the Court is **Defendants' Second Motion to Dismiss for Lack of Prosecution (Doc. 25).** In this motion, Defendants state that Plaintiff appeared at her deposition on September 9, 2015, and testified that she no objection to the dismissal of this action, as she had received the relief that she was seeking in this lawsuit when her criminal charges and deportation proceedings were resolved.

Plaintiff did not respond to the motion, so the Court entered an order on October 5, 2015 (Doc. 27), directing Plaintiff to file a response by October 19, 2015, and advising her that if she failed to do so, her action may be dismissed. As of this date, Plaintiff has failed to respond to the motion to dismiss or has not communicated with the Court in any way since March 12, 2015.

Based on the foregoing, the undersigned recommends granting Defendants' Motion to Dismiss (Doc. 25) based on Plaintiff's failure to prosecute and comply with a Court order, see Fed. R.

-1-

**AO72A
(Rev. 8/82)**

Civ. P. 41(b), and based on Plaintiff's testimony at her deposition that she no longer wishes to pursue this action.

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 30th day of October, 2015.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)