IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JASMINE STACY GUARDADO-RODRIGUEZ                                    PLAINTIFF

V.                              CASE NO. 5:15-CV-5008

OFFICER HAROLD ALEX DOMINGUEZ,
Lowell, Arkansas Police Department; and
KRIS SPANGLER                                                        DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 28) filed in this case on October 30, 2015, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Second Motion to Dismiss for Lack of Prosecution (Doc. 25) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 12th day of January, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE